RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2014

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

My Return Address: Rollin O'Neal
#1700881
Coffield unit
2661 FM 2054
Tenn. Colony, Tx
75884

82,727-01

Happy Holiday

With Respect As i Come to Y'all once Again with the Same problem. Which is That the Courts- HARRIS County, Been holding on to My 11.07 Art., Heabas Corpus, With No type of Notice of time Extention., They told My Court Appointed lawyer to write a Statement Why he failed to Question other witnesses & other things, "But" That's was Back in June, No Sorry July When they gave MR. Ruzzo -the State issue lawyer 20 Days to Respond to my Ground, Ineff. Asst. Counsel, Basicly What im at Saying, either they (Harris County) Holding on to my 11.07 OR Harris County Judge MS. Keel, Not Making MR. Ruzzo (Court Appointed lawyer) Responding & Resting Allowing him to Not Complie. Please Check on this issuse & "MAKE" Harris County Follow the Rules Cause they AKA IN Voilation, I wrote a Motion Default Judgement / letter, To them. 12.5.14. When i wrote. Thanks for y'all time.